622

Submitted March 30, 1977.  John Myers, Assistant Defender, and Benjamin Lerner, Defender, for appellant;  Legrome D. Davis, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated. The case is remanded for the entry of post-trial motions *nunc pro tunc.*

JACOBS and PRICE, JJ., dissent.

VAN der VOORT, J., dissents and would remand to the lower court for a determination of whether appellant knowingly and intelligently waived his right to file post-trial motions.  *Commonwealth v. Tate,* 464 Pa. 25, 346 A.2d 1 (1975);  *Commonwealth v. Schroth,* 458 Pa. 233, 328 A.2d 168 (1974).

382 A.2d 749

Commonwealth v. Griffin, Appellant.

Submitted June 21, 1977.  Charles B. Swigart, for appellant; Daniel Lee Howsare, Assistant District Attorney, and Gordon E. Stroup, District Attorney, for Commonwealth, appellee.

Order affirmed.

382 A.2d 749

Commonwealth v. Griffin, Appellant.